IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

CARL YORK, and TRACIE YORK, individually,

    Plaintiff,

v.

PETER KOURACOS, individually,

    Defendant.

Case No.

## COMPLAINT

Plaintiffs, Carl York and Tracie York (hereinafter the "Plaintiffs"), by and through their undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, bring this Complaint against the Defendant, Peter Kouracos (hereinafter the "Defendant"), and state as follows:

## PARTIES

1. Plaintiff, Carl York, is an individual and resident of Charlotte County, Florida.

2. Plaintiff, Tracie York, is an individual and resident of Charlotte County, Florida.

3. Defendant, Peter Kouracos, is an individual and resident of Volusia County, Florida.

## JURISDICTION AND VENUE

4. This is an action for damages which exceeds $50,000.00, exclusive of interest, costs, and attorneys' fees.

5. Venue is proper in this forum pursuant to Fl. Stat. § 47.011 as the statements were published in, and the action transpired in, Charlotte County, Florida.

## **GENERAL ALLEGATIONS**

6. The elements of a cause of action for defamation are (1) a defendant published a false statement (2) about a plaintiff (3) to a third party, and (4) that the falsity of the statement caused injury to the plaintiff. *See Bass v. Rivera*, 826 So.2d 534 (Fla. 2d DCA 2002).

7. To be actionable for Defamation Per Se, a publication must (1) charge that a person has committed an infamous crime; (2) charge a person with having an infectious disease; (3) tend to subject one to hatred, distrust, ridicule, contempt, or disgrace; or (4) tend to injure one in his trade or profession. *See Blake v. Ann-Marie Giustibelli, P.A.*, 182 So.3d 88 (Fla.4th DCA 2016).

8. Plaintiffs, Carl and Tracie York, established a chartered local chapter of the Florida Republican Assembly in Charlotte County, Florida.

9. Plaintiffs operated as the officers of said local chapter, leading and assisting in many various activities related thereto.

10. On or about January 10, 2024, the State President of the Florida Republican Assembly, Peter Kouracos, issued a letter (the "Defamatory Letter") to Plaintiffs and carbon copied numerous third parties, including "all members of the former Republican Assembly of Charlotte County, Inc." (the Plaintiffs' local chapter), accusing the Plaintiffs of various alleged misdeeds, none of which are true. A true and correct copy of the letter is attached hereto as **Exhibit "A"**.

11. Most egregiously, the Defamatory Letter falsely accused the Plaintiffs of criminal activity, namely dumpster diving to steal election information from the Charlotte County Supervisor of Elections.

12. Plaintiffs provided to Defendant a letter refuting the Defamatory Letter's false statements and issued a Demand and Cease and Desist letter on March 1, 2024, demanding a retracting. To date, Defendant has made no corrective actions.

13. Accordingly, the publication of the Defamatory Letter and the defamatory statements therein remain, and Plaintiffs have suffered monetary and reputational damage due to this slander.

14. All conditions precedent have been met and/or waived.

## COUNT I – DEFAMATION PER SE

15. Plaintiffs, Carl and Tracie York, hereby re-allege paragraphs 1 through 14 as if they had been fully restated herein.

16. This is an action for damages against the Defendant, Peter Kouracos.

17. Defendant, Peter Kouracos, made written statements to third parties that Plaintiffs engaged in criminal activity, among other related defamatory statements.

18. These statements were communicated via the Defamatory Letter, published, and disseminated among state and local members of the Florida Republican Assembly.

19. The statements are false, and at the time of making these statements Peter Kouracos knew or should have known that the statements were false.

20. These statements are of a nature that accuse the Plaintiffs of an infamous crime, or subject the Plaintiffs to hatred, distrust, ridicule, contempt, or disgrace.

21. Due to Peter Kouracos' defamatory statements, the Plaintiffs have suffered damages including but not limited to their reputation and their business.

WHEREFORE, Plaintiffs, Carl and Tracie York, requests this Honorable Court enter judgment against the Defendant, Peter Kouracos, for special and general damages, costs and fees, and all other relief that the Court deems just and proper.

## COUNT II – DEFEMATION PER QUOD (in the alternative)

22. Plaintiffs, Carl and Tracie York, hereby re-allege paragraphs 1 through 14 as if they had been fully restated herein.

23. This is an action for Damages against the Defendant, Peter Kouracos.

24. Defendant, Peter Kouracos, made written statements to third parties that Plaintiffs engaged in criminal activity, among other related defamatory statements.

25. These statements were communicated via the Defamatory Letter, published, and disseminated among state and local members of the Florida Republican Assembly.

26. The statements are false, and at the time of making these statements Peter Kouracos knew or should have known that the statements were false.

27. Due to Peter Kouracos' defamatory statements, the Plaintiffs have suffered calculable damages including but not limited to their reputation and their business.

WHEREFORE, Plaintiffs, Carl and Tracie York, request this Honorable Court enter judgment against the Defendant, Peter Kouracos, for special and general damages, costs and fees, and any and all other relief that the Court deems just and proper.

Dated: March 25, 2024

BOATMAN RICCI

_s/ Daniel Hogan_
Daniel Hogan, Esq.
Fla. Bar No. 93765
3021 Airport-Pulling Rd N
Suite 202
Naples, FL 34105
Primary Email: CourtFilings@boatmanricci.com
(239) 330-1494 – Telephone
Attorneys for Carl and Tracie York

4



**Florida Republican Assembly.com**

A CHARTERED AFFILIATE OF THE NATIONAL FEDERATION OF REPUBLICAN ASSEMBLIES
A JUDEO – CHRISTIAN ORGANIZATION
P.O. Box 194, Ormond Beach, Florida 32175
Contact: (386) 871-1533 or (321) 228-2800 | Website: www.FloridaRepublicanAssembly.org

January 10, 2024

Mr. Carl York
5945 Parada St.
Punta Gorda, FL 33982

**RE: STATUS OF REPUBLICAN ASSEMBLY CHARLOTTE COUNTY, INC., A LOCAL FLORIDA REPUBLICAN ASSEMBLY AFFILIATE.**

Dear Carl:

By now you should be completely aware that the National Federation of Republican Assemblies (N.F.R.A.), all of its affiliate state chapters, and all local chapters are bound by the unique knit of being a Judeo-Christian organization. That means that when a new or unresolved issue comes before leadership for consideration, that time and great resources are allocated and are contemplated before an action is taken.

From the time of the initial chartering of Republican Assembly Charlotte County, Inc. we have tried to make it clear that while we give great latitude toward the self-governance of local chapters that we do expect local officers such as yourself to respect and operate under our national, state and local bylaws and to respect our national and state officers.

From my first encounter with you, our experience was to have you present us with 25-page manifesto which you entitled your "constitution" and which presumably was intended to supplant our standard N.F.R.A. approved model bylaws. N.F.R.A. is nearly 100 years old in its continuous existence and provisions are already in place in order to make any corrections which might become necessary in operating procedures. I have to admit that I was particularly displeased by your inclusive codicil that stated to the effect that if I didn't reply within a 10-day time frame, that your composition would automatically be deemed adopted. Well, that is the functional equivalent of the tail wagging the dog; and clearly unacceptable. And since that time, apparently a number of other unacceptable conduct issues, initiated by you, have apparently arisen.

First, I intended to send our west coast outreach vice president, Michael Zarzano, as an asset to assist in the growth of your newly formed chapter. Instead, you rejected him and found excuses to make him feel unwelcome. And not only did you reject him, but you also took it a step farther by communicating with at least one other chapter president in an attempt to obtain an ally to enforce your will on FRA. This action too was unacceptable.

Exhibit "A"

Mr. Carl York
Re: Status of Republican Assembly Charlotte County, Inc.
January 10, 2024
Page 2

Next, prior to Christmas, I've learned that you somehow you had injected yourself into a Christmas project which had be assigned our vice president in charge of prevention of child trafficking, Katherine Robbins. She was collecting Christman toys for children along with our coalition partner Bikers Against Trafficking. Nobody ever authorized or asked you to interfere in that project; much less to attempt to have the toys diverted to a storage facility unknown to us and located somewhere in Charlotte County. And in an additional issue here, who authorized you to offer construction of a website to Katherine Robbins outside of the established FRA web development department?

Next, evidently you contacted our Election Integrity Vice President Kris Jurski at a time that he was to travel on one of our projects. You insisted that you needed immediate access to the FRA website, so Kris gave you login credentials. The problem here, is that nobody ever authorized either you or your wife to change or alter our software. And one of you, either you or your wife, made an unauthorized change that cost us thousands of dollars to repair. <u>NOBODY EVER GAVE YOU THE AUTHORITY TO DO THAT.</u>

Next, I am advised, that you decided go dumpster diving and retrieved computer hard drives from the Charlotte County Supervisor of Elections which, according to you, allegedly contained protected voter information and that you made contact with our election integrity Vice President Kris Jurski attempting to dump possession of them on him. And he told you that neither he nor anybody at FRA wanted them and to return them to the location where you found them immediately. Further, our Executive Vice President, Lou Marin, also followed up in this matter by contacting you instructing you to absolutely return the hard drives to where you found them. Then, at the 2023 NFRA Presidential Preference Convention, you contacted another of our election integrity officers and again tried to forward data from the dumpster hard drives to him. Obviously, you paid no attention to the instructions that Kris Jurski or Lou Marin gave you. We believe that your possession of these hard drives is a criminal offense, and we will not tolerate you or anyone else attempting to expose any of our officers or membership to a crime.

This brings us to the current status of Republican Assembly Charlotte County, Inc.
When we chartered this chapter, we gave you access to our trademarks, logos, and operating assets, as well as the ability to present your chapter under the canopy of our national brand. N.F.R.A. and F.R.A. owns our trademarks and logos'. You have left me with no alternative but to revoke your charter. From the time of your chartering, any dues that you may have collected have remained with you locally with none coming to Florida Republican Assembly or the National Federation of Republican Assemblies. Since any money's that you have collected has remained under your own local control, I would suggest that you call up a meeting of your membership to resolve the issue of what to do with money within your local checking account.

Mr. Carl York
Re: Status of Republican Assembly Charlotte County, Inc.
January 10, 2024
Page 3

    Effective immediately, authorization of Republican Assembly Charlotte County, Inc. to operate under any name utilizing the words "Republican Assembly" or the use of any of our other trademarks or logo is revoked. You are required to contact the Florida Secretary of State, Division of Corporation and eliminate the words "Republican Assembly" immediately.

    You should interpret this as a cease-and-desist order and if violated expect to be contacted by FRA's attorneys. This is to include a complete a total cessation of use anything you copied from FRA's website.

    Trusting I have made the position of the Florida Republican Assembly crystal clear and thanking you for your time and courtesy in this matter.

Very truly yours,

(s) Peter Kouracos
Peter Kouracos
State President
Florida Republican Assembly


Cc: Alex Johnson, President N.F.R.A.
Cc: Lou Marin, Executive Vice President F.R.A.
Cc: All Executive Board Members, F.R.A.
Cc: All Board Members F.R.A.
Cc: All Members of the former Republican Assembly Charlotte County, Inc.