IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

CARL YORK, and TRACIE YORK, individually,

    Plaintiff,

v.

PETER KOURACOS, individually,

    Defendant.

*Defendants Exhibit "A"*

Case No. 24000750CA

**A TRUE COPY (SEAL)**
**MICHAEL J. CHITWOOD**
**SHERIFF/DIRECTOR PUBLIC SAFETY**
**VOLUSIA COUNTY, FLORIDA**
DATE 4-4-24   TIME 10:57   M
BY _____ 8944_____ D.S.

## SUMMONS

TO:    **Peter Kouracos**
       **300 Emory Drive**
       **Daytona Beach, FL 32118**

    A lawsuit has been filed against you.  You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the Plaintiff's attorney named below.

**Plaintiff's Attorney:**

    **Daniel Hogan, Esq.**                **3021 Airport-Pulling Rd., N., Ste 202**
    **BOATMAN RICCI, P.A.**            **Naples, Florida  34105**
    **(239) 330-1494**

THE STATE OF FLORIDA:

To Each Sheriff of the State:  You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

    Dated this _____ day of __03/25/2024__, 2024.

                                 CLERK OF THE CIRCUIT COURT

(seal)

                    By: _____
                           As Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes intersesadas.  SI usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propriedades, a privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Se desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Plaintiffs' Attorney:**

> **Daniel Hogan, Esq.**          **3021 Airport-Pulling Rd., N., Ste 202**
> **BOATMAN RICCI, P.A.**         **Naples, Florida  34105**
> **(239) 330-1494**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention de numero de dossier ci-dessus et du nom des parties nomin,ees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ,ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juuridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pouvez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Plaintiffs' Attorney:**

> **Daniel Hogan, Esq.**          **3021 Airport-Pulling Rd., N., Ste 202**
> **BOATMAN RICCI, P.A.**         **Naples, Florida  34105**
> **(239) 330-1494**

Filing # 194715185 E-Filed 03/25/2024 11:40:09 AM

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
CHARLOTTE COUNTY, FLORIDA                                  CIVIL ACTION

CARL YORK and TRACIE YORK, individually
      Plaintiff(s),

vs.                                                CASE NO:

PETER KOURACOS, individually

      Defendant(s).

_____/

## STANDING ORDER IN CIRCUIT CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT

PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial Administration
2.545, and Administrative Order 1.13 (as amended) entered by the Chief Judge of this Circuit, the
parties are ordered to adhere to the following information and procedures applicable to civil lawsuits:

      1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this order with
each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit
Court with proof of service. The Plaintiff shall pay the appropriate statutory clerk's fees for copies for
each Standing Order issued and attached to the Summons.

      2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established
guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case
management system to help meet those guidelines. In contested cases (other than residential
foreclosures, involuntary commitment of sexually violent predators , Extraordinary Writs, 90 day
Notice of Medical Malpractice Claim, and Administrative Appeals), the parties are required to
participate in the case management system. The Court will issue a Case Management Plan after 150
days of the filing of a case in the event the parties have not submitted an Agreed Case Management
Plan that has been approved by the Court. However, if it becomes necessary to amend the court-issued
Case Management Plan, the parties may submit an Agreed Case Management Plan, subject to approval
by the Court, or if the parties cannot agree on an Amended Plan, the parties may request a case
management conference. The form of the Agreed Case Management Plan may be accessed at the
Court's website at: http://www.ca.cjis20.org/web/main/civil.asp. If a case management conference is
scheduled, attendance by trial counsel and those parties who are not represented by counsel is
mandatory.

      3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an out-
of-court alternative for settling disagreements. The Court requires the parties to participate in ADR
prior to trial. Mediation is mandatory unless the parties agree to another form of ADR. Mediation is a
conference at which an independent third party attempts to arrange a settlement between the parties.
The Court, at its discretion, may order the case be referred to Non-Binding Arbitration. Non-Binding
Arbitration is the process in which the court refers a case to a registered arbitrator, or panel of
arbitrators, who will hear evidence and make an award which may become a final judgment if a
Motion for Trial De Novo is not timely filed pursuant to Fla. R. Civ. P. 1820(h).

4. **FAILURE TO PROSECUTE.** The Court will issue a Notice of Intent to Dismiss a case if there is no record of activity within a ten (10) month period of time.

5. **RULES OF PROFESSIONALISM.** The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel practicing within the Circuit and self-represented litigants. The Court requires that all parties familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp

**DONE AND ORDERED** in Punta Gorda, Charlotte County, Florida, on April 30, 2021.

HONORABLE GEOFFREY GENTILE
CIRCUIT JUDGE

2