IN THE CIRCUIT COURT OF THE TWENTITH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

*Defendants Exhibit "B"*

CARL YORK, and TRACIE YORK, individually,

    Plaintiff,

v.

                                     Case No. 24000750CA
                                     JUDGE: JEOFFREY H. GENTILE

PETER KOURACOS, individually,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF PLAINTIFF'S VIOLATION OF CHAPTER 47 FLORIDA STATUTES, VENUE. PER SECTION 47.011.

      **COMES NOW, PETER KOURACOS, Defendant,** in propis persona, and avers to this Honorable Court that the Plaintiff has filed this case in Charlotte County, Florida which is directly violative of Florida Statute 47.011.

Chapter 47.011 reads as follows:

"SECTION 011"
"Where actions may begin"

"47.011- Where actions may begin. -**Actions shall be brought only in the county where the defendant resides**, where the cause of action accrued, or where the property in litigation is located. This section shall not apply to actions against nonresidents."

      As to the two un-highlighted sections of the above referenced statute; they are not applicable. There is no accrual involved in this case, nor is there any property in litigation.

      Plaintiff knew and admitted in their complaint that my county of residence is Volusia County, Florida.

Page 1 of Plaintiff's Complaint states under "PARTIES" as follows:

"3.     Defendant, Peter Kouracos, is an individual and resident of Volusia County, Florida."

Plaintiff's lawyer is a member of the Florida Bar and therefore presumably licensed to practice in Florida. The fact that Plaintiff's counsel knowingly and willfully filed this case in Charlotte County Circuit Court against a pro se litigant in violation of Florida Statute 47.011 is about as despicably unethical as it comes.

I submitted a Motion to Dismiss to this Court on April 24, 2024 with grounds that I believe warrant a dismissal with prejudice. In light of the statutory violation complained of in this submission, however, I would renew my request for a dismissal with prejudice; or if not, then in the alternative transfer the case to the Circuit Court of Volusia County, Florida where, if it is going to continue, it properly belongs.

Respectfully submitted,

Peter Kouracos, Pro Se, Defendant,
President,
Florida Republican Assembly,
300 Emory Dr.
Daytona Beach, Florida 32118
(386) 871-1533

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing instrument has been provided to Daniel Hogan, Esquire, Attorney for Plaintiff, c/o Boatman Ricci P.A., 3021 Airport-Pulling Rd., Suite 202, Naples, Florida 34105, by United States Mail, this ____1st____ day of May, 2024.